UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY A. KLEIN,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, and CAROLYN A. LOWN,<br><br>        Defendants. | No. 2:14-cv-00700-GEB-CKD<br><br>**ORDER** |
| RODNEY A. KLEIN,<br><br>        Plaintiff,<br><br>  v.<br><br>COPPERSMITH GLOBAL LOGISTICS; HIGHVELD TAXIDERMISTS, LTD; OXI LOGISTICS. (Pty) Ltd.,<br><br>        Defendants. | No. 2:14-cv-00748-MCE-KJN |

      A Notice of Related Cases concerning the above-captioned cases was filed September 11, 2014. However, it has been determined that assignment of the cases to the same judge is

1

1 | not likely to effect a substantial saving of judicial effort.
2 | Therefore, reassignment of the later filed case is not ordered.
3 | Dated:  September 15, 2014

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```